IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

SLOAN PLESANTS,

   Plaintiff,

v.                                   Case No. 3:11cv00032

TOWN OF LOUISA, et al.,

   Defendants.

## JOINT DISCOVERY PLAN

Steven D. Rosenfield (VSB No. 16539)    Jeffrey E. Fogel (VSB No. 75643)
Attorney at Law    Attorney at Law
913 E. Jefferson Street    913 Jefferson Street
Charlottesville, VA 22902    Charlottesville, VA 22901
434-984-0300    434-984-0300
434-220-4851 – fax    434-220-4852 – fax
attyrosen@aol.com    jeff.fogel@gmail.com
*ATTORNEYS FOR PLAINTIFF SLOAN PLEASANT*

David P. Corrigan (VSB No. 26341)    M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman    Harman, Claytor, Corrigan & Wellman
P. O. Box 70280    P. O. Box 70280
Richmond, VA 23255    Richmond, VA 23255
804-747-5200    804-747-5200
804-747-6085 – fax    804-747-5200 – fax
dcorrigan@hccw.com    sfisher@hccw.com
*ATTORNEYS FOR DEFENDANT ROBERT RIGSBY*

Dated: June 28, 2013

      Pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, Plaintiff Sloan Pleasants and Defendant Robert Rigsby, by and through their respective counsel, submit this proposed Joint Discovery Plan and Scheduling Order.

      **DISCOVERY PLAN:** The parties have discussed the claims and defenses and propose the following Discovery Plan and Scheduling Order dates:

    (a)    The parties will complete discovery by January 7, 2014.

    (b)    The parties will comply with the limitations on the number of depositions, interrogatories, requests for production of documents, and request for admissions contained in the Federal Rules of Civil Procedure.

**CHANGES TO INITIAL DISCLOSURES AND DISCOVERY RULES**: The parties do not believe that any changes need to be made in the form or requirement for disclosures under Fed.R.Civ.P. 26(a). The parties agree to the limitations on the number of depositions, interrogatories, requests for production of documents, and request for admissions as set forth above. The parties do not believe that any other limitations on discovery should be imposed.

**ELECTRONIC DISCOVERY**: The parties agree to specify the form of production (i.e., printed, native files, .pdf, .tif, etc.) in the Requests for Production of Documents and Things. If the responding party objects and the parties are unable to resolve a dispute regarding the manner of production, the requesting party may file a motion to compel.

**TRIAL DATE**: This matter has been scheduled for two day jury trial on April 7 and 8, 2014.

Respectfully submitted,

| | |
|---|---|
| Steven D. Rosenfield (VSB No. 16539) | Jeffrey E. Fogel (VSB No. 75643) |
| Attorney at Law | Attorney at Law |
| 913 E. Jefferson Street | 913 Jefferson Street |
| Charlottesville, VA 22902 | Charlottesville, VA 22901 |
| 434-984-0300 | 434-984-0300 |
| 434-220-4851 – fax | 434-220-4852 – fax |
| attyrosen@aol.com | jeff.fogel@gmail.com |

***ATTORNEYS FOR PLAINTIFF SLOAN PLEASANT***

| | |
|---|---|
| David P. Corrigan (VSB No. 26341) | M. Scott Fisher, Jr. (VSB No. 78485) |
| Harman, Claytor, Corrigan & Wellman | Harman, Claytor, Corrigan & Wellman |
| P. O. Box 70280 | P. O. Box 70280 |
| Richmond, VA 23255 | Richmond, VA 23255 |
| 804-747-5200 | 804-747-5200 |
| 804-747-6085 – fax | 804-747-5200 – fax |
| dcorrigan@hccw.com | sfisher@hccw.com |

***ATTORNEYS FOR DEFENDANT ROBERT RIGSBY***

## **C E R T I F I C A T E**

I hereby certify that on the 28th day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven D. Rosenfield (VSB No. 16539)  Jeffrey E. Fogel (VSB No. 75643)
Attorney at Law                        Attorney at Law
913 E. Jefferson Street                913 Jefferson Street
Charlottesville, VA 22902              Charlottesville, VA 22901
434-984-0300                           434-984-0300
434-220-4851 – fax                     434-220-4852 – fax
attyrosen@aol.com                      jeff.fogel@gmail.com
*ATTORNEYS FOR PLAINTIFF SLOAN PLEASANT*

David P. Corrigan (VSB No. 26341)      M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman    Harman, Claytor, Corrigan & Wellman
P. O. Box 70280                        P. O. Box 70280
Richmond, VA 23255                     Richmond, VA 23255
804-747-5200                           804-747-5200
804-747-6085 – fax                     804-747-5200 – fax
dcorrigan@hccw.com                     sfisher@hccw.com
*ATTORNEYS FOR DEFENDANT ROBERT RIGSBY*


/s/
David P. Corrigan
VSB No. 26341
M. Scott Fisher, Jr.
VSB No. 78485
*Attorney for Robert Rigsby*
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 – facsimile
dcorrigan@hccw.com
sfisher@hccw.com

3